**Joseph Jordan JACKSON,**
**Petitioner–Appellant**

v.

**State of TEXAS, Respondent–Appellee.**

No. 08–50828
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Joseph Jordan Jackson, Austin, TX, pro se.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Joseph Jordan Jackson appeals the dismissal of his pro se petition for writ of mandamus, which sought issuance of a stay in a probate case that was pending in the Texas court of appeals. The district court dismissed his suit as frivolous pursuant to 28 U.S.C. § 1915(e)(2), reasoning

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that federal courts lack the authority to issue a writ of mandamus to direct the performance of a state court. This court reviews the dismissal of a complaint as frivolous under § 1915(e)(2) for abuse of discretion. *Berry v. Brady*, 192 F.3d 504, 507 (5th Cir.1999). Jackson does not brief any argument challenging the basis of the district court's decision. Jackson has thus waived any such challenge on appeal, *see Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993), and has not shown that the district court's decision was an abuse of discretion.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.